UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA ROJAS-LOZANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　　　Defendant. | Case No.  15-cv-03751-JSC<br><br>**JUDGMENT** |

　　The Court, having granted Google's Motion to Dismiss by Order filed February 3, 2016, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 3, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge